IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PERKINS, | 1:08-cv-01282-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES YATES, et al., | (DOCUMENT #10) |
| Defendants. | 60-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 23, 2009, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   February 25, 2009**           /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE